IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03358-WJM-NYW

NANCY COOPER,

    Plaintiff,

v.

HAND & STONE MASSAGE & FACIAL SPA LLC,

    Defendant.

___

**MINUTE ORDER**
___

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Plaintiff's Unopposed Motion to Amend Case Caption ("Motion to Amend"). [#23, filed May 27, 2015]. Also before the court is Plaintiff's Unopposed Motion to Amend the Scheduling Order ("Motion to Amend Scheduling Order"). [#25, filed June 1, 2015]. These matters were referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated December 12, 2014 [#4] and memoranda dated May 29, 2015 [#24] and June 1, 2015 [#26].

    Plaintiff seeks in the Motion to Amend to revise the case caption to identify Clear Stone, Inc., d/b/a Hand and Stone Massage & Facial Spa as the Defendant in this matter. She seeks in the Motion to Amend Scheduling Order to extend the discovery cut off and dispositive motions deadline by sixty days on the basis that the Parties' conflicting schedules have caused several fact depositions to be postponed to July. The Scheduling Order in this matter was entered on January 26, 2015. [#11]. Plaintiff has not demonstrated good cause for now seeking a sixty day extension of these deadlines. Accordingly,

    IT IS ORDERED that:

1. The Motion to Amend [#23] is GRANTED; the Clerk of Court is instructed to amend the case caption to identify Clear Stone, Inc., d/b/a Hand and Stone Massage & Facial Spa as the Defendant in this matter; and

2. The Motion to Amend Scheduling Order [#25] is GRANTED IN PART; the Parties shall complete discovery by **August 21, 2015** and shall file any dispositive motions on or before **September 21, 2015**.

DATED: June 3, 2015