IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03358-WJM-NYW

NANCY COOPER,

    Plaintiff,

v.

CLEAR STONE, INC., d/b/a HAND & STONE MASSAGE & FACIAL SPA LLC,

    Defendant.

___

## MINUTE ORDER
___

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on Plaintiff's "Out of Time Motion to Modify the Scheduling Order to Extend the Deadline to Designate Experts Pursuant to F.R.Civ.P. 26(a)(2)" ("Motion to Amend"). [#29, filed June 25, 2015]. This matter was referred to the undersigned Magistrate Judge pursuant to the Order Referring Case dated December 12, 2014 [#4] and memorandum dated June 25, 2015 [#30]. Defendant filed a Response representing that it does not oppose the out of time designation, but asking that the court extend the deadline for completing discovery and for filing dispositive motions. [#32, filed June 29, 2015].

    IT IS ORDERED that the Motion to Amend is GRANTED:

1. Plaintiff shall designate her witness on or before **July 14, 2015**; and

2. The Parties shall complete discovery by **September 21, 2015**.

DATED: July 2, 2015