IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03358-WJM-NYW

NANCY COOPER,

    Plaintiff,

v.

CLEAR STONE, INC., d/b/a HAND & STONE MASSAGE & FACIAL SPA LLC,

    Defendant.

___

## ORDER SETTING SETTLEMENT CONFERENCE
___

Magistrate Judge Nina Y. Wang

    Pursuant to Judge Martinez's Order [#44] granting a settlement conference,

    IT IS ORDERED that a Settlement Conference is set for **November 4, 2015, at 9:00 a.m.,** to last the duration of the morning, in Courtroom C-204, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    IT IS FURTHER ORDERED that the counsel **shall have parties present at the Settlement Conference** who shall have **full authority** to negotiate all terms and demands presented by the case, and **full authority** to enter into a settlement agreement. This requirement is not satisfied by the presence of counsel alone.

    The Confidential Settlement Statements shall be submitted by e-mail in PDF format addressed to Wang_Chambers@cod.uscourts.gov, on or before **October 28, 2015**. **In addition, each Confidential Settlement Statement must contain a specific offer of compromise, including the dollar amount each client will accept or pay in settlement and any essential non-economic terms.** Failure to submit Confidential Settlement Statements on time may result in the Settlement Conference being vacated.

DATED: October 21, 2015                    BY THE COURT:

                                                                         s/Nina Y. Wang_____
                                                                         United States Magistrate Judge